UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRANDO CAFFEY,

      Plaintiff,

                                                Case No. 2:24-cv-183

v.

                                                HON. JANE M. BECKERING

SARAH SCHROEDER, et al.,

      Defendants.

_____/

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  Defendant Racine filed a Motion for Summary Judgment (ECF No. 26).  Defendants Perry and Greenwald filed a Motion for Summary Judgment (ECF No. 27).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 30) on May 8, 2026, recommending that this Court grant Defendants' motions and dismiss this case.  The Report and Recommendation was duly served on the remaining parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 30) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions for Summary Judgment (ECF Nos. 26 & 27) are GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on

other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: June 17, 2026                                    /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge